# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHARLES RICHARDSON

VERSUS

NURSE PRACTITIONER KARLA
BRINGEDAHL; AND STATE OF
LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS DIXON
CORRECTIONAL INSTITUTE

NO. 2019 CW 0498

AUG 1 9 2019

---

In Re:    Nurse Practitioner Karla Bringedahl and State of
          Louisiana through Louisiana Department of Public
          Safety and Corrections, Dixon Correctional Institute,
          applying for supervisory writs, 20th Judicial District
          Court, Parish of East Feliciana, No. 45377.

---

**BEFORE: WELCH, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's March 18, 2019 judgment which denied the exception of insufficiency of service of process filed by defendants, the State of Louisiana, through the Department of Public Safety and Corrections, Dixon Correctional Institution, and Nurse Practitioner Karla Bringedahl, is reversed. Plaintiff, Charles Richardson, did not serve process on the Office of Risk Management as required by La. R.S. 39:1538. See **Dorsey v. Moses**, 2018-961 (La. App. 3d Cir. 4/10/19), 269 So.3d 907. This matter is remanded to the trial court with instructions to allow the plaintiff a reasonable amount of time to serve process on the Office of Risk Management as required by La. R.S. 39:1538. See La. Code Civ. P. art. 923(A).

**JEW**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT